IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD AMBROSE, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**ROGER WALKER, et al.,** )<br>)<br>Defendants. ) | Civil No. **08-533-DRH-CJP** |

## ORDER

**PROUD, Magistrate Judge:**

Defendants have filed a motion for summary judgment raising failure to exhaust administrative remedies. Pursuant to ***Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008)**, all discovery (except for discovery relating to the issue of exhaustion) is ordered stayed pending resolution of Defendants' Motion for Summary Judgment, **Doc. 73**.

Counsel are directed to consult paragraph 6 of the scheduling order, **Doc. 62**, for procedures to be followed upon the filing of a motion raising failure to exhaust.

**IT IS SO ORDERED.**

**DATE: September 2, 2009.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**