IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD AMBROSE, et al.,**

**Plaintiffs,**

**v.**

**ROGER WALKER, et al.,**

**Defendants.**                                             No. 08-533-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Motion for Leave to Withdraw as Appointed Counsel filed by Attorney Timothy E. Grochocinski, appointed counsel of Plaintiffs. Specifically attorney Grochocinski seeks to withdraw as attorney for Plaintiffs David Tiffany, Jerry Smock, David Williams, Paul Reeves, Strong Eagle, and Michael Cramer as their claims were dismissed without prejudice (Doc. 114). Grochocinski notes that his appointment was for this Court only and he has instructed Plaintiffs that he will not represent them in an appeal, although he did file a Notice of Appeal for the Plaintiffs. Mr. Grochocinski also asks that this Court issue an Order finding that Mr. Grochocinski is not appointed to represent Plaintiffs in any appeal. Mr. Grochocinski is currently the attorney of record for Plaintiffs in the pending action in the Seventh Circuit. The Seventh Circuit has recently informed him that he will need to seek proper leave in that Court in order to withdraw as attorney of record.

While Mr. Grochocinski is correct that this Court appointed Mr. Grochocinski to represent Plaintiffs in this Court only, the Court cannot withdraw

Mr. Grochocinski from his representation of Plaintiffs in the Seventh Circuit as that Court has already informed Mr. Grochocinski that he must file a motion to withdraw in that Court in order to properly withdraw from the case pending in the Seventh Circuit.  Accordingly, the Court **DENIES AS MOOT** Mr. Grochocinski's motion to withdraw (Doc. 39).  If Mr. Grochocinski wishes to withdraw as attorney of record for the Plaintiffs, he must properly file a motion to withdraw in the Seventh Circuit as directed by that Court.

    **IT IS SO ORDERED.**

Signed this 9th day of August, 2010.

/s/  David R. Herndon

**Chief Judge
United States District Court**