# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD AMBROSE, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 08-cv-0533-SCW ) |
| CENTRAL MANAGEMENT SERVICES, et al., | ) ) ) |
| Defendants. | ) |

# FINAL JUDGMENT IN A CIVIL CASE

By Order of Court entered by Chief Judge David R. Herndon on March 4, 2009 (Doc. 38), the Motions to Voluntarily Withdraw filed by Plaintiffs **BYRON HALE, THOMAS CASH, RICHARD KOEMPEL, WILLIAM R. WILLIAMS,** and **ROBERT KENDALL,** were granted and these Plaintiffs were DISMISSED from this action without prejudice, along with Plaintiff **UNKNOWN PARTY** all others similarly situated; Defendants **CENTRAL MANAGEMENT SERVICES, JOHN EVANS, BILL PETON, DCFS AGENTS, ROBERT HILLIARD, JENNIFER WILSON,** and the following **UNKNOWN PARTY Defendants:** All Guards, Lieutenants, Guards and Supervisors; All Counties and Municipalities, and Phone Contractors; along with **¶¶ 42 and 44 of Count 1** were ALL DISMISSED with prejudice.

Pursuant to Stipulation of Dismissal filed on August 18, 2009, as acknowledged by Order of Court entered by Chief Judge David R. Herndon on August 19, 2009 (Doc. 67), Plaintiff **DAVID M. HANDEL** was voluntarily DISMISSED from this action without prejudice.

By Order of Court entered by Chief Judge David R. Herndon on July 1, 2010 (Doc. 114), the Motions for Summary Judgment filed by Defendants (Docs. 73, 81) were granted and Plaintiffs **DAVID TIFFANY, MICHAEL CRAMER, DAVID WILLIAMS, JERRY SMOCK, STRONG EAGLE,**

**PAUL REEVES**; Defendants **KAREN SPILMAN, ANGELINE STANISLAUS**; and Plaintiff Richard Ambrose's **claims of physical assault and deliberate indifference to medical or dental needs** were ALL DISMISSED without prejudice.

Pursuant to Stipulation of Dismissal filed on July 1, 2011, as acknowledged by Order of Court entered by Magistrate Judge Stephen C. Williams on July 1, 2011 (Doc. 178), **all of Plaintiff Richard Ambrose's** *individual capacity* **claims** against Defendants Roger Walker and Michael Randle were voluntarily DISMISSED from this action without prejudice.

By Order of Court entered by Magistrate Judge Stephen C. Williams on July 21, 2011 (Doc. 188), the parties Consent Motion to Substitute Party was granted and Defendants **ROGER WALKER** and **MICHAEL P. RANDLE** were dismissed from this action with prejudice; further, all of Plaintiff Richard Ambrose's state law claims were DISMISSED from this action without prejudice.

The remaining parties and claims were tried to a jury and the Court, Magistrate Judge Stephen C. Williams presiding. At the close of Plaintiff Richard Ambrose's case in chief, by oral Order of Court entered by Magistrate Judge Steven C. Williams on July 25, 2011, Defendant Salvador Godinez's Motion for Judgment as a Matter of Law was granted on the following claims: **Count 1—that Defendants were deliberately indifferent to a significant risk of serious harm to Plaintiff; Count 2—that Plaintiff was subjected to improper searches;** and **Count 3—that Defendants were deliberately indifferent to his serious mental health needs**. Accordingly, these Counts were DISMISSED with prejudice *as to Defendant SALVADOR GODINEZ only*, who was DISMISSED with prejudice as a party to this action. Defendant Mark Carich's Motion for Judgment as a Matter of Law was granted only as to Plaintiff's claim for damages in Count 3 and thus, this portion of Count 3 was also DISMISSED with prejudice.

At the close of all evidence, by oral Order of Court entered by Magistrate Judge Steven C. Williams on July 26, 2011, Defendant Mark Carich's renewed Motion for Judgment as a Matter of Law

was granted on **Plaintiff's remaining claim for injunctive relief in Count 3**. Accordingly, **Count 3** was DISMISSED with prejudice.

On July 26, 2011, a Jury Verdict was returned IN FAVOR of Defendant **MARK CARICH** and AGAINST Plaintiff **RICHARD AMBROSE** on the only remaining claim, **Count 1—that Defendant Mark Carich was deliberately indifferent to a significant risk of serious harm to Plaintiff** (Doc. ). The Court then entered an oral Judgment IN FAVOR of Defendant **MARK CARICH** and AGAINST Plaintiff **RICHARD AMBROSE** regarding Plaintiff's request for injunctive relief in Count 1 (Doc. ).

Accordingly, **JUDGMENT IS HEREBY ENTERED IN FAVOR of ALL DEFENDANTS** and **AGAINST ALL PLAINTIFFS**.

**IT IS ORDERED** that Plaintiffs SHALL recover nothing, and the action be **DISMISSED on the merits**; the parties to bear their own costs. Plaintiffs shall take nothing from this action.

**Dated this 27th Day of July, 2011.**

                                          **NANCY J. ROSENSTENGEL, CLERK of COURT**

                                          By: **/s/ Angie M. Vehlewald**
                                              **Deputy Clerk**

     **APPROVED**: **/s/** *Stephen C. Williams*
                    **STEPHEN C. WILLIAMS**
                    **United States Magistrate Judge**